# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

COREY RAYNEL KENT, )
    Plaintiff, )
)
v. ) Case No. CV410-275
)
STATE OF GEORGIA, )
    Defendant. )

## REPORT AND RECOMMENDATION

Proceeding pro se, Corey Raynell Kent moves this Court for leave to file *in forma pauperis* his 28 U.S.C. § 2254 petition. Doc. 3. He also moves for appointment of counsel. Doc. 4. Having demonstrated indigency, the Court **GRANTS** his IFP motion. Doc. 3. The Rules Governing § 2254 Cases provide that appointment of counsel is proper if an evidentiary hearing is needed, if certain discovery is required, or "if the interest of justice so requires," provided that petitioner qualifies under 18 U.S.C. § 3006A(g). Rules 6(a), 8(c). Since neither an evidentiary

hearing nor discovery are required here, and since Kent has demonstrated his ability to file appropriate pleadings seeking § 2254 relief, his motion to appoint counsel is **DENIED**. Doc. 4.

Finally, pursuant this Court's authority under 28 U.S.C. § 2254 Rule 4, Kent's petition should be **DISMISSED WITHOUT PREJUDICE**, as it is clear (*see* attached state court print-out) that he is simply misusing this Court to try and jam-up a pending state court prosecution against him. First, he has failed to exhaust his state court remedies.[1] And second, he does not even hint at the possibility of showing the extraordinary circumstances needed for federal injunctive relief against a

---

[1] Kent does not plead, nor can he credibly claim, that judicial review is not available to him in the Georgia courts.

> So long as review is available in the Georgia courts . . . "this Court is precluded from the consideration of the substance of [Petitioner's claims] until the issues have been squarely and fairly presented to the Georgia courts for their consideration." *Fields v. Tankersley*, 487 F. Supp. 1389, 1391 (S.D.Ga.1980). As Petitioner apparently has not sought relief in state court, he has not exhausted his state court remedies. *See Castille v. Peoples*, 489 U.S. 346, 109 S. Ct. 1056, 103 L. Ed. 2d 380 (1989) (holding that a claim is only exhausted if it was presented to the state courts under remedies available under state law).

*Ellis v. Unnamed Defendant*, 2010 WL 3842806 at * 1 (N.D. Ga. Sep. 28, 2010); *see also* 28 U.S.C. § 2254(b), (c).

state prosecution.[2]  Doc. 1 at 2 ¶ 5.

**SO REPORTED AND RECOMMENDED** this  2nd  day of December, 2010.

*/s/ G.R. Smith*
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA

---

[2]  As another court explains:

> [t]he federal courts, by virtue of 28 U.S.C. § 2283, generally lack the power to enjoin pending state court proceedings, "except as expressly authorized by Act of Congress, or where necessary in aid of its jurisdiction, or to protect or effectuate its judgments." 28 U.S.C. § 2283. Independent of the statutory limitation on the federal injunctive power, considerations of federalism and comity have led to the development of an "abstention doctrine" that counsels against federal interference with pending state court proceedings. *Younger v. Harris*, 401 U.S. 37, 91 S. Ct. 746, 27 L. Ed. 2d 669 (1971). In *Younger*, the United States Supreme Court held that an ongoing state criminal proceeding may not be enjoined "except under special circumstances." *Id.*, at 41, 91 S. Ct. at 749.  Special circumstances are not alleged here.

*Cole v. State of Florida*, 2010 WL 2711861 at * 3 n. 4 (N.D. Fla. Jun. 3, 2010).

3



# Chatham County
## Court Case Search System

133 Montgomery St.
Savannah, GA 31401

New Search | Contact Information | Map & Directions | S.O.R.T.

## Case Details

### Case Information

| | |
|---|---|
| Court: | Superior |
| Case Number: | CR102317 |
| Case Type: | OBSTRUCTION-F |
| Judge: | HONORABLE JAMES BASS |
| Style: | State VS KENT, COREY RAYNEL |
| Assistant District Attorney: | H. PRESLEY SMITH |
| Date Filed: | 10/5/2010 |
| Status: | ACTIVE |
| Superior Court Fines: | Check for Court Fines |
| Next Event: | 12/13/2010 CALENDAR CALL |

### Attorney Information
MICHELLE TAYLOR - 540 East Oglethorpe Ave Savannah GA 31401

### Bondsman Information
N/A

### Defendant Information

| | |
|---|---|
| DIN: | X0104169 |
| Name: | KENT, COREY RAYNEL |
| Date of Birth: | |
| SSN: | Blocked |
| Race: | AFRICAN AMERICAN |
| Gender: | MALE |
| Height: | 74 |
| Weight: | 205 |
| Eye Color: | BROWN |
| Hair Color: | BLACK |
| Address: | |
| Prior Address: | |

Chatham County Sheriff X0104169

| Charge | Description | Counts | Severity | Charge Date | Disposition |
|---|---|---|---|---|---|
| 16-5-23 | SIMPLE BATTERY | 1 | MISDEMEANOR | 7/25/2010 12:48:47 AM | |
| 16-10-24(B) | OBSTRUCTION OF OFFICER | 1 | FELONY | 7/25/2010 12:50:06 AM | |

### Proceedings

| Code | Date | Time | Action | Judge | Details | Docs |
|---|---|---|---|---|---|---|
| CALENDAR CALL | 12/13/2010 | 11:00AM | | HONORABLE JAMES BASS | | |
| BOND ORDER | 11/10/2010 | | | | BOND DENIED/ | |
| PETITION FOR BOND/NISI | 11/3/2010 | | | | BOND FILED BY ATTY MICHELLE TAYLORHEARING 11-10-10 @ 9:45AM/ | |
| PETITION FOR BOND/NISI | 10/28/2010 | | | | BOND FILED BY ATTY MICHELLE TAYLOR HEARING 11-1-10 @ 9:00AM/ | |
| CONSOLIDATED MOTIONS PACKAGE | 10/11/2010 | | | | | |
| SCREENING | 10/5/2010 4:52:12 PM | | | | Initial Case Screening / Scanning | |
| ACCUSATION FILED - ENTERED | 10/5/2010 | | | | | |

New Search

Chatham County Court Case Lookup System
133 Montgomery Street, Savannah, Ga 31401

**Disclaimer**