FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2011 JAN -5 PM 12: 02
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

COREY RAYNEL KENT,

    Petitioner,

v.                              CASE NO. CV410-275

STATE OF GEORGIA,

    Respondent.

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which objections have been filed (Doc. 8). After a careful de novo review of the record, the Court can discern no meritorious grounds for relief.[1] Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Petitioner's 28 U.S.C. § 2254 Petition is **DISMISSED WITHOUT PREJUDICE**. The **Clerk of Court** is **DIRECTED** to **close this case**.

SO ORDERED this 5th day of January 2011.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Even assuming the truth of Petitioner's claims that his Constitutional rights have been violated (Doc. 8 at 2-3), the Court cannot grant him relief under 28 U.S.C. § 2254 until he has been wrongfully convicted and exhausted all other avenues for relief. As Petitioner's conviction is not yet final, his petition is due to be dismissed.